AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.                -SK
META PLATFORMS, INC., FACEBOOK GLOBAL HOLDINGS I , LLC, )
FACEBOOK GLOBAL HOLDINGS II , LLC, FACEBOOK )
OPERATIONS, LLC, META PAYMENTS INC., META PLATFORM )
TECHNOLOGIES, LLC, INSTAGRAM, LLC, SICULUS, INC., SNAP )
INC., TIKTOK INC., BYTEDANCE INC., ALPHABET INC., GOOGLE )
LLC, XXVI HOLDINGS INC., and YOUTUBE, LLC, )
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date: 4/26/2023

*Susie F. Barrera*
*Signature of Clerk or Deputy Clerk*

3:23-cv-01774-SK

# ATTACHMENT PAGE

### DEFENDANTS FOR SUMMONS

**META PLATFORMS, INC.**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**FACEBOOK HOLDINGS, LLC**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**FACEBOOK OPERATIONS, LLC**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**META PLATFORMS TECHNOLOGIES, LLC**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**META PAYMENTS, INC.**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**INSTAGRAM, LLC**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**SICULUS, INC.**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**SNAP, INC**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**TIKTOK, INC.**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**BYTEDANCE, INC.**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**ALPHABET, INC.**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**GOOGLE, LLC**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**XXVI HOLDINGS, INC.**
CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE, WILMINGTON,
NEW CASTLE, DE, 19808

3:23-cv-01774-SK

**YOUTUBE, LLC**
C/O CSC Lawyers Incorporating Service
ATTN: BECKY DEGEORGE,
2710 GATEWAY OAKS DRIVE,
SACRAMENTO, CA 95833

**WHATSAPP, INC.**
CT CORPORATION SYSTEM
C/O AMANDA GARCIA
330 N BRAND BLVD
GLENDALE, CA 91203